# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                      Bk. No. 12-11897-BAH
                                                            Chapter 7
Diane J. Tacason,
                Debtor

Diane J. Tacason,
                Plaintiff

v.                                                          Adv. No. 12-1104-BAH

John Gray
and Jordan Shapiro,
                Defendants

## ORDER

     The Court has before it a Stipulation of Dismissal as to Defendant Jordan Shapiro (Doc. No. 83) (the "Stipulation").   Because the Stipulation is not signed by all parties who have appeared in this adversary proceeding (see Fed. R. Civ. P. 41(a)(1)(A)(ii)), the matter is hereby set for a hearing on July 30, 2014 at 11:00 a.m.   If Defendant John Gray files a notice of consent to the Stipulation, the Court may approve the Stipulation prior to the hearing.

     ENTERED at Manchester, New Hampshire.

Date: July 1, 2014                          /s/ Bruce A. Harwood
                                            Bruce A. Harwood
                                            Chief Bankruptcy Judge