**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF N.H.**

Case No. 12-11879 – BAH

Adversary Proceeding

No 12 – 1104 – BAH

FILED
2015 MAR -5 AM 11: 51
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

Defendant's response to Motion for Default

The defendant, John Gray asks the Court to deny the motion.

On February 9, the defendant experienced severe abdominal pain and asked for and received an emergency visit with his general physician, Dr. Mafoud Beajow, concerning this ailment. The doctor speculated that I was in the process of passing kidney stones and recommended a prescription of CIPROFLOXIN twice a day and consume massive amounts of water and lots of rest. I have followed the advice and am just getting my strength back. My doctor's phone is 702-369-5582, if the Court wished to verify.

In regards to the case at hand, I wish to ask the Court to allow me to participate via a phone link. I have no witnesses or exhibits to enter other than my own testimony.

Wherefore the defendant asks this Court to allow me to participate with the phone link and also deny the plaintiff's request of damages in this case.

A copy of this has been sent to the plaintiff's attorney.

_2/27/15_
Date

_John Gray_
Signature